IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MONCRIEF, as Administratrix of the Estate of Gary Moncrief, deceased, and in her individual capacity, BENITA MONCRIEF, and TAMARA ACREE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MONTGOMERY, a municipal corporation of the State of Alabama, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:23-cv-331-JTA<br>)  (WO)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Partial Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Alabama State Bureau of Investigation Special Agents Wayne Gaskin and Jared Roberson.[1] (Doc. No. 134.) For the reasons in the memorandum opinion entered this date, it is ORDERED as follows:

1. The motion (Doc. No. 134) is GRANTED.

2. Count IV of the Second Amended Complaint is DISMISSED with prejudice to the extent Plaintiffs seek relief against Defendants Gaskin and Roberson.

3. Defendants Gaskin and Roberson are DISMISSED from this action.

DONE this 10th day of November, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Gaskin and Roberson are agents of the Alabama State Bureau of Investigation ("SBI").