IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MONCRIEF, as Administratrix of the Estate of Gary Moncrief, deceased, and in her individual capacity, BENITA MONCRIEF, and TAMARA ACREE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MONTGOMERY, a municipal corporation of the State of Alabama, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 2:23-cv-331-JTA ) (WO) ) ) ) ) ) |

## ORDER

Before the Court is the Partial Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants City of Montgomery ("City"), James Albrecht, Christopher Brown, Bianka Ruiz, D'Shana Snyder, Laquita Clark, Alix Payne, Jr., Brian Dixon, Ed Jones, Ralph Tucker, and Raynard Dabney. (Doc. No. 135.) For the reasons in the memorandum opinion entered this date, it is ORDERED as follows:

1. The motion is GRANTED as to Counts II, IV, VII, and IX.

2. Counts II, IV, VII, and IX are DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

3. The motion is DENIED as to Count III.

4. Defendants Ruiz, Snyder, Clark, Payne, Dixon, Jones, Tucker, and Dabney are DISMISSED from this action.

To clarify, the following claims and Defendants[1] remain:

1. Count I against Defendants Albrecht and Brown.

2. Count III against Defendant City.

3. Count V against Defendant City.

4. Count VI against Defendants Albrecht and Brown.

5. Count VIII against Defendants Albrecht and Brown.

DONE this 21st day of November, 2025.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] By separate Order entered November 10, 2025, the Court dismissed Count IV alleged against Defendants Wayne Gaskin and Jared Roberson and dismissed Defendants Wayne Gaskin and Jared Roberson from the action. (Doc. No. 174.)