IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANICE MONCRIEF, as Administratrix of the Estate of Gary Moncrief, deceased, and in her individual capacity, BENITA MONCRIEF, and TAMARA ACREE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MONTGOMERY, a municipal corporation of the State of Alabama, CHRISTOPHER BROWN, in his individual capacity as a Police Officer of the City of Montgomery Police Department, and JAMES ALBRECHT in his individual capacity as a Police Officer of the City of Montgomery Police Department,<br><br>Defendants. | CASE NO. 2:23-cv-331-JTA<br>(WO) |

## **ORDER**

Before the Court are Plaintiffs' motions for leave to file under seal. (Docs. No. 180, 181.) Upon consideration of the parties' representations at the status conference held by telephone on today and Defendants' willingness to reconsider the extent to which material previously designated as "Confidential Material"[1] should retain that designation, it is ORDERED as follows:

---

[1] (*See* Doc. No. 67 (March 7, 2025 Confidentiality and Protective Order (setting forth the requirements and procedures for materials designated as "Confidential Material")).)

1. **On or before December 17, 2025,** the parties shall confer and determine what material may be released from designation as "Confidential Material" pursuant to the March 7, 2025 Confidentiality and Protective Order. (Doc. No. 67.)

2. Plaintiffs' motions for leave to file under seal (Docs. No. 180, 181) are DENIED without prejudice.

3. **On or before December 17, 2025,** Plaintiffs shall file any motions for leave to file under seal any of the following: (1) a motion for reconsideration; (2) a motion to amend the complaint; or (3) briefs or exhibits in support of either of those two motions. Any failure by the parties to complete their discussions in time for Plaintiffs to meet this deadline <u>will not</u> be considered good cause to extend the deadline.

4. The Clerk of the Court is DIRECTED not to file any exbibits Plaintiffs submitted in support of the motions for leave to file under seal. (Docs. No. 180, 181.)

5. The Clerk of Court is DIRECTED to RETURN all exhibits to Plaintiffs.

DONE this 10th day of December, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE