IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANICE MONCRIEF, as Administratrix of the Estate of Gary Moncrief, deceased, and in her individual capacity, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:23-cv-331-JTA (WO) |
| CITY OF MONTGOMERY, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

For good cause, it is ORDERED that the pretrial conference previously set for March 9, 2026, is CONTINUED to **April 28, 2026, at 2:00 p.m.** in Courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Further, it is ORDERED that the trial of this action previously set for April 20, 2026, is CONTINUED to the term of court commencing on **June 22, 2026**, in Montgomery, Alabama.

All other provisions of the Scheduling Order (Doc. No. 49), the Amended Scheduling Order (Doc. No. 166), and the February 3, 2026 Order (Doc. No. 201) remain in force.

Notwithstanding the submission of a proposed pretrial order on March 2, 2026, the plaintiff shall ensure that a proposed pretrial order is received by the court NOT LATER THAN SEVEN DAYS prior to the pretrial conference.

DONE this 4th day of March, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE