IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANICE MONCRIEF, et al.,                    )
                                            )
        Plaintiffs,                         )
                                            )
v.                                          )        CASE NO. 2:23-cv-331-JTA
                                            )        (WO)
CITY OF MONTGOMERY, a municipal             )
corporation of the State of Alabama, et al.,)
                                            )
        Defendants.                         )

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT, and DECREE of the Court as follows:

1.    Defendants' motion for summary judgment (Doc. No. 202) is GRANTED.

2.    Plaintiffs' remaining claims are DISMISSED with prejudice.

3.    All pending motions (Docs. No. 240, 243, 244) are DENIED as moot.

4.    This action is DISMISSED with prejudice.

5.    The costs of this action shall be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 1st day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE